United States Court of Appeals
Fifth Circuit

**F I L E D**

**June 3, 2003**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

_____

No. 02-41789
Summary Calendar
_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

MICHAEL KARL SPARKS,

Defendant-Appellant.

---------------------
Appeal from the United States District Court
for the Southern District of Texas
USDC No. C-02-CR-148-1
---------------------

Before HIGGINBOTHAM, SMITH, and CLEMENT, Circuit Judges.

PER CURIAM:*

Michael Karl Sparks appeals his guilty-plea conviction for seven counts of receiving computer images containing child pornography in violation of 18 U.S.C. § 2252.  Sparks argues that the district court improperly participated in plea negotiations in violation of former FED. R. CRIM. P. 11(e)(1).  Because the district court's statements were limited to its rejection of the plea agreement and its reasons for rejecting the plea agreement, the district court did not improperly participate in plea

_____

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

negotiations.  See United States v. Jeter, 315 F.3d 445, 449 (5th Cir. 2002).  Sparks has shown no error, plain or otherwise.

AFFIRMED.